## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MICKEY SAMPSON**                                                                                          **PLAINTIFF**

V.                                            **4:22CV00341 JM**

**STEPHEN HOWARD,**
**USPS Representative**                                                                                   **DEFENDANT**

### ORDER

Plaintiff Mickey Sampson's motion to proceed *in forma pauperis* is granted. He reports living on a fixed income and having no assets. *See Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (*per curiam*) (complaint can be filed if plaintiff qualifies by economic status under 28 U.S.C. § 1915(a)).

The law requires that I screen the Complaint. 28 U.S.C. § 1915(e)(2). "A *pro se* plaintiff must set forth enough factual allegations to 'nudge [ ] their claims across the line from conceivable to plausible,' or 'their complaint must be dismissed' for failing to state a claim upon which relief can be granted." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 569-70 (2007); *see also Aschroft v. Iqbal*, 556 U.S. 662, 678 (2009) ("A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged."). Regardless of whether a plaintiff is represented or is appearing *pro se*, the plaintiff's complaint must allege specific facts sufficient to state a claim. *See Martin v. Sargent*, 780 F.2d 1334, 1337 (8th Cir. 1985).

In his Complaint, Sampson says that, despite having never lived there, the United States Postal Service sent his mail to Newington, Virginia. (Doc. 2). Sampson offers no specifics to explain this belief or to explain how Stephen Howard is involved. Instead, Sampson asks simply that his mail be delivered to him at his Arkansas address.

Sampson's complaint must be dismissed as he offers no specifics to support federal jurisdiction. While the parties are diverse, Sampson pleads no amount in controversy. *See* 28 U.S.C. § 1332. And, Sampson has presented no federal question that arises "under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331.

Sampson's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 29th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE