IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICKEY SAMPSON**                                                                                      **PLAINTIFF**

V.                                              **4:22CV00341 JM**

**STEPHEN HOWARD,**
**USPS Representative**                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE